UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          CASE NO. 12-14640-BKC-JKO

AMERICAN SCIENTIFIC RESOURCES, INC.         CHAPTER 7


_____ Debtor _____/

## TRUSTEE'S NOTICE OF SALE

**BANKRUPTCY SALE DATE:**
**JULY 10, 2013 AT 10:00A.M.**

TO:   ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT AND THOSE PARTIES REGISTERED WITH THE COURT TO RECEIVE ELECTRONIC NOTICE.

COMES NOW the Trustee, **Marc P. Barmat** (the "Trustee"), and files this Notice of Sale regarding an asset of the above referenced bankruptcy estate to wit: the Trustee's right, title, and interest in contents being held at Auction America on behalf of the Debtor, namely the following: two (2) pallets of completed Disintegrators, one (1) pallet of parts (boards, unused needles, covers, inserts, etc.), batteries and plugs (French, UK, US), a few chairs, boxes of technical junk, a few boxes of thermometers, ASR Records, a torn apart red machine, outdated monitors, filing cabinets, and doctor videos, to Brooklands, Inc. for $1,000.00. The purchasing party agrees that it will not market any of the materials on violation of any Court Order, including, but not limited to any Order entered by the U.S. District Court of the Southern District of New York, Case No. 10 CIV. 7277(PGG).

TERMS AND CONDITIONS OF SALE ARE AS FOLLOWS:

A.   **PAYMENT METHOD:** Payment must be made at the close of bidding in the form of a cashier's check, payable to Marc P. Barmat, Trustee, unless you have been pre-approved for writing a check by the Trustee.

B.   **LOCATION OF SALE:** The sale will be conducted at the office of the Trustee located at 2255 Glades Road, Ste 337W, Boca Raton, FL 33431.

C.   **PREVIEW TIME AND LOCATION:** Contact the Trustee's office for details.

D.  **CONDITION OF ASSETS**: Every effort has been made to provide as complete and accurate description as possible. The Trustee's office makes no representations as to the condition of any asset being sold. Everything is sold **"as-is," "where-is"** condition and without any warranty or guarantee.

E.  **DOCUMENTATION PROVIDED AT CLOSE OF SALE**: A Report of Sale will be filed with the Court once payment has been provided. Payment is due within two (2) calendar days. All property must be removed within two (2) calendar days of the sale.

F.  **FLORIDA STATE SALES TAX**: The Trustee **is required** by the State of Florida to collect sales tax at a rate of 6.5% on all sales of personal property if applicable. If you wish to request tax exempt status on sales, you are required to provide an Annual Resale Certificate to the Trustee. The Certificate **must include** the name and address of the purchaser, the effective date and number of the dealer's Certificate of Registration, and the dealer's signature. The Bill of Sale in tax exempt sales will contain the name of the business or person holding the sales tax certificate. IF YOU HAVE NOT COMPLIED WITH THIS REQUIREMENT AT THE TIME OF THE SALE, SALES TAX WILL BE COLLECTED. **(Not applicable).**

ALL SALES ARE SUBJECT TO CONFIRMATION BY THE TRUSTEE.

Any interested party may file a written objection, if any, with the Clerk, United States Bankruptcy Court, located at 299 East Broward Blvd., Room 112, Fort Lauderdale, FL 33301, stating their objection, and must serve a copy on the Trustee prior to the sale date.

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(D), this proposed sale will be deemed approved without the necessity of a hearing or Order if no objection to the sale is filed and served within 21 days from the date of service of this notice, or, at least 5 days prior to the date of the proposed sale.**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties enumerated on the attached service list and to those parties registered with the Court to receive notices electronically.

Dated: June 19, 2013

By: */S/Marc P. Barmat, Trustee*
MARC P. BARMAT, TRUSTEE
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
Phone: (561) 395-0500
Facsimile: (561) 338-7532
Email: barmat.trustee@furrcohen.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 12-14640-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jun 19 14:33:34 EDT 2013 | American Scientific Resources, Incorporated<br>1112 Weston Road<br>Unit 278<br>Attn: Robert T. Faber, Pres.<br>Weston, FL 33326-1915 | Brookland, Inc.<br>Attn Robert Faber<br>990 S Rogers Cir #2<br>Boca Raton, FL 33487-2836 |
| Brooklands, Inc.<br>990 S Rogers Cir #2<br>Boca Raton, FL 33487-2836 | Tecnimed SRL<br>c/o Akerman Senterfitt<br>350 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, FL 33301-4247 | 5 L's<br>6 Layer Dr<br>Morris Plains, NJ 07950-2538 |
| AT&T<br>1956 NE 5 Ave<br>Boca Raton, FL 33431-7772 | Action Stock Transfer Corp<br>2469 E Fort Union Blvd #214<br>Salt Lake City, UT 84121-3374 | Andrew Goldin<br>c/o Lori V. Vaughan<br>Trenam Kemker<br>P.O. Box 1102<br>Tampa, FL 33601-1102 |
| Barton Consulting LLC<br>401 E Las Olas Blvd #130<br>Fort Lauderdale, FL 33301-2477 | Bennett, Don<br>POB 922<br>Jordan, NY 13080-0922 | Boris & Svetlana Reznick<br>64-10 Cromwell Crescent<br>Rego Park, NY 11374-5021 |
| Brandon, Jim<br>424 E Maitland Rd<br>New Castle, PA 16105-1418 | Brenner & Elsea-Mandojana LLC<br>POB 6161<br>Kingwood, TX 77325-6161 | Broadridge<br>POB 23487<br>Newark, NJ 07189-0487 |
| Business Wire<br>2038 Corte Del Nogal<br>Carlsbad, CA 92011-1478 | CBIZ Goldstein Lewin<br>1675 N Military Trl 5th FL<br>Boca Raton, FL 33486-4321 | CHS Business Assoc LLC<br>33650 Reserve Way<br>Avon, OH 44011-3223 |
| Charles T. Lanktree<br>c/o Lori V. Vaughan<br>Trenam Kemker<br>P.O. Box 1102<br>Tampa, FL 33601-1102 | Concorde Capital Limited<br>Howard J Taylor<br>48 Par La Ville Road Suite194<br>Hamilton HM11 Bermuda | Daniel J. Schreiber<br>c/o Avior Capital, LLC<br>4660 La Jolla Village Drive<br>Suite 500<br>San Diego, CA 92122-4605 |
| Daniel Levy<br>10105 Avenida Del Rio<br>Delray Beach, FL 33446-2423 | David Sherer<br>7303 brennon lane<br>chevy chase, MD 20815-4063 | Donald Bennett<br>5953 Amberwood Drive<br>Naples, FL 34110-3315 |
| Donald Weidenfeld<br>6011 Via Venetia North<br>Delray Beach, FL 33484-6404 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | FN Implementation & Fin Partners<br>80 Mtn Laurel Rd<br>Fairfield, CT 06824-2423 |
| FPL<br>POB 025576<br>Miami, FL 33102-5576 | Faber, Robert<br>6503 N Military Tr #4601<br>Boca Raton, FL 33496-2622 | Federal Express<br>POB 660481<br>Dallas, TX 75266-0481 |

Gibraltar Pvt Bank & Trust
POB 790408
Saint Louis, MO 63179-0408

Global Experience Specialists
4805 Sand Lake Rd
Orlando, FL 32819-9546

Goldin, Alex & Mira
86 Wheatley Rd
Old Westbury, NY 11568-1212


Goldin, Andrew
86 Wheatley Rd
Old Westbury, NY 11568-1212

Gols Associated
86 Wheatley Rd
Old Westbury, NY 11568-1212

Granite Financial Group LLC
c/o Daniel Schreiber, Avior Capital
4660 La Jolla Village Drive
Suite 500
San Diego, CA 92122-4605


Granite Financial Group, LLC
447 Palmitas St #100
Solana Beach, CA 92075-2045

Greenwood Group
4455 Genesee St
Cheektowaga, NY 14225-1955

Hal B. Howard
c/o Henry Howard
151 Grace Trail
Palm Beach, FL  33480-3974


Harold Wrobel
c/o Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard
Ste 3800
Miami, FL 33131-1809

Investments Limited
215 N Federal Hwy #1
Boca Raton, FL 33432-3992

Jason M Roth
16250 Rosecroft Terrace
Delray Beach, FL 33446-9589


John Madril
2421 San Domingo St
Miami, FL 33134-5532

John Madril
c/o D. Brett Marks, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd - Suite 1600
Fort Lauderdale, FL 33301-4247

Justin Di Rezze
885 Lake Shore Rd.
Grosse Pointe Shores, MI 48236-1272


Langtree Consulting Corp
6 Layer Dr
Morris Plains, NJ 07950-2538

Leonard C Ludwig
130 Carnoustie Drive
Trophy Club, TX 76262-5464

Leonard C. Ludwig
c/o Lori V. Vaughan
Trenam Kemker
P.O. Box 1102
Tampa, FL 33601-1102


Levy, Daniel
10105 Avenida Del Rio
Delray Beach, FL 33446-2423

Longside Ventures
1800 S Ocean Dr. PH 2
Hallandale, FL 33009-7734

Lucosky Brookman LLP
33 Wood Ave S, 6th FL
Iselin, NJ 08830-2735


Ludwig, Leonard
130 Carnoustie Dr
Trophy Club, TX 76262-5464

Madril, John
2421 San Domingo St
Miami, FL 33134-5532

Magna Group, LLC
5 Hanover Square
New York, NY 10004-4050


Mammoth Corporation
1 First Bank Plaza, #205
Lake Zurich, IL 60047-3108

Mammoth West Corporation d/b/a Mammoth Corpo
One First Bank Plaza
Suite 205
Lake Zurich, IL 60047-3108

Marc Massoglia
276 Clearwater Drive
Ponte Vedra Beach, FL 32082-4167


Marital Trust u/w James T. Pyle
c/o Diana P. Rowan
1140 Fifth Avenue
New York, NY 10128-0806

Mark R. Behr
7812 Albrecht Circle
Louisville, KY 40241-5506

Martin E Janis & Co
401 N Michigan Ave
Chicago, IL 60611-5592

```
Martin E Janis & Company, Inc.        Massoglia, Marc                     Materna, Dr. Thomas
444 North Michigan Avenue             3304 Sawgrass Village Cir           87 Lorraine Ave
Suite 1200                            Ponte Vedra Beach, FL 32082-5035    Montclair, NJ 07043-2304
Chicago, IL 60611-3959


Michael George Pension Plan           Miller, Mark                        Morrissey, Patrick W
136 E 64 St                           4095 KOzy Korner Rd                 34520 Appleview Way
New York, NY 10065-7360               Center Valley, PA 18034-9778        Solon, OH 44139-4940


Nail Media Group                      Nicholas Quear                      Nixon Peabody LLP
230 W 41 St #1300                     3105 Estates Cir                    Attn:  Richard C. Pedone, Esq.
New York, NY 10036-7207               Youngstown OH 44511-2140            100 Summer Street
                                                                          Boston, MA 02110-2131


Office of the US Trustee              Omrani & Taub                       PR Newswire
51 S.W. 1st Ave.                      535 Fifth Ave                       GPO Box 5897
Suite 1204                            New York, NY 10017-3678             New York, NY 10087-5897
Miami, FL 33130-1614


Parvine Sadeghi                       Peter F Lordi Jr.                   Premium Assignment
1627 Brickell Avenue &#035;2105       894 Misty Oak Dr                    1701 E 7 Ave
Miami, FL 33129-1223                  Orange Park FL 32065-5546           Tampa, FL 33605-3805


Premium Assignment National Svc Ctr   Quear, Nick                         R3 Accounting LLC
3522 Thomasville Rd #400              3015 Estates Cir                    2929 E Commercial Blvd
 Tallahassee, FL 32309-3488           Youngstown, OH 44511                Fort Lauderdale, FL 33308-4214


Reznick Law, PLLC                     Reznik, Felix                       Robert T. Faber
535 Fifth Ave, 23 FL                  235 E 40 St                         6503 N. Military Trail
New York, NY 10017-3678               New York, NY 10016-1744             Apt. 4601
                                                                          Boca Raton, FL 33496-2622


Rosenberg Rich & Co                   Roth, Jason                         Sadeghi, Howard & Parvine
380 Foothill Rd POB 6483              16250 Rosecroft Ter                 3100 SW 62 Ave
Bridgewater, NJ 08807-0483            Delray Beach, FL 33446-9589         Miami, FL 33155-3009


Schaffner Family Foundation           Sichen a Ross Friedman LLP          Southridge Partners II, LP
Milbank Tweed Hadley & McCoy          61 Broadway, 32 FL                  c/o Henry Sargent
252 7 Ave #17M                        New York, NY 10006                  850 Third Avenue
New York, NY 10001-7351                                                   New York, NY 10022-6222


Southridge Partners, II LP            Sullivan Hill Lewin Rez & Engel     Taconic
90 Grove St                           550 W C Street, 15 FL               1800 S Ocean Dr. PH 2
Ridgefield, CT 06877-4114             San Diego, CA 92101-3570            Hallandale, FL 33009-7734
```

| | | |
|---|---|---|
| Technimed<br>12 Piazzale Estero Cocchi<br>Vedano Olona, VA 21040<br>Rome, Italy 0332402350 | The Hartford<br>c/o Fabricant & Fabricant<br>Attn.: Bernie Schwartz<br>1251 Old Northern Blvd<br>Roslyn, NY 11576-1624 | Tirotta, Chris<br>3168 Inverness<br>Weston, FL 33332-1816 |
| Tirotta, Conni<br>3168 Inverness<br>Weston, FL 33332-1816 | Tirotta, Robert<br>1275 Shiloh Road<br>Suite 2520<br>Kennessaw, GA 30144-7182 | Toshiba Financial Svcs<br>POB 790448<br>Saint Louis, MO 63179-0448 |
| US Bank NA dba US Bank Equipment Finance<br>1310 Mardrid Street<br>Marshall, MN 56258-4004 | Ullman Shapiro Ullman, LLP<br>299 Broadway #1700<br>New York, NY 10007-1914 | United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21094-4396 |
| United Parcel Service (Freight)<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21094-4396 | Vintage Filings<br>150 W 46 St , 6th FL<br>New York, NY 10036-8511 | Vintage Filings<br>350 Hudson St<br>New York, NY 10014-5827 |
| Walgreen Co<br>MS 2233<br>200 Wilmot Rd<br>Deerfield, IL 60015-4681 | Weidenfeld, D<br>2255 Glades Rd #120A<br>Boca Raton, FL 33431-7360 | Wrobel, Harold<br>c/o Steven Eisenberg, Esq.<br>One Biscayne Tower<br>2 S Biscayne Blvd, PH 3800<br>Miami, FL 33131-1809 |
| Yeskoo Hogan & Tamlyn LLP<br>535 5th Ave, #23<br>New York, NY 10017-3678 | Yeskoo Hogan & Tamlyn, LLP<br>139 South Street<br>New Providence, NJ 07974-1999 | Alan R. Barbee<br>525 Okeechobee Blvd. #750<br>West Palm Beach, FL 33401-6329 |
| Andrew Goldin<br>100 United Nations Plaza #27C<br>New York, NY 10017-1753 | Charles T. Lanktree<br>2 Ridgedale Avenue<br>Cedar Knolls, NJ 07927-1108 | David R Rothenstein<br>501 Brickell Key Dr #300<br>Miami, FL 33131-2624 |
| Harold Wrobel<br>Lipscomb, Eisenberg & Baker, PL<br>2 South Biscayne Blvd.<br>Ste 3800<br>MIami, FL 33131-1809 | Howard Taylor<br>1112 Weston Rd #278<br>Weston, FL 33326-1915 | Marc P Barmat<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 |
| Robert Faber<br>990 S Rogers Circle #2<br>Boca Raton, FL 33487-2836 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ELAN FINANCIAL SERVICES
AS SERVICER FOR GIBRALTAR PRIVATE BANK &
P.O. BOX 5229
CINCINNATI, OH 45201-5229

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Leonard C. Ludwig
130 Carnoustie Drive
Trophy Club, TX 76262-5464

End of Label Matrix
Mailable recipients   114
Bypassed recipients     1
Total                 115