**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                              CASE NO. 12-14640-BKC-JKO

American Scientific Resources, Inc.                  CHAPTER 7 Proceeding

　　　　　　　Debtor　　　　　　　　/

**TRUSTEE'S REPORT OF SALE**

COMES NOW the Trustee, Marc P. Barmat, and files this Report of Sale as follows:

1.　The Trustee held a sale of an asset of the estate consisting of the Trustee's right, title, and interest in contents being held at Auction America on behalf of the Debtor, namely the following: two (2) pallets of completed Disintegrators, one (1) pallet of parts (boards, unused needles, covers, inserts, etc.), batteries and plugs (French, UK, US), a few chairs, boxes of technical junk, a few boxes of thermometers, ASR Records, a torn apart red machine, outdated monitors, filing cabinets, and doctor videos on July 10, 2013 and pursuant to the Trustee's Notice of Sale which was duly noticed to all creditors on June 19, 2013.

2.　There were no objections to the sale received by the Trustee.

3.　The sale was attended by the Brooklands, Inc.

4.　The Trustee received an opening bid in the amount of $1,000.00 from Brooklands, Inc. Since there were no other bidders present, the Trustee closed the bidding.

5.　The Trustee believing this to be in the best interest of the creditors confirmed the sale to Brooklands, Inc.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties listed below via the manner stated.

Dated: July 17, 2013　　　　　　　　　　　By:/s/ *Marc P. Barmat, Trustee*
　　　　　　　　　　　　　　　　　　　　　Marc P. Barmat, Trustee
　　　　　　　　　　　　　　　　　　　　　2255 Glades Road, Suite 337W
　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33431
　　　　　　　　　　　　　　　　　　　　　Telephone: (561) 395-0500
　　　　　　　　　　　　　　　　　　　　　Facsimile: (561) 338-7532
　　　　　　　　　　　　　　　　　　　　　Email: barmat.trustee@furrcohen.com

Via Electronically:

- Marc P Barmat barmat.trustee@furrcohen.com, mpb@trustesolutions.net
- Alan R Crane acrane@furrcohen.com, pmouton@furrcohen.com
- Steven E. Eisenberg seisenberg@lebfirm.com
- Alan S Fellheimer alan@fellheimer.net
- David B Marks brett.marks@akerman.com, charlene.cerda@akerman.com
- Thomas M. Messana tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- David R Rothenstein drr@ecclegal.com, nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com;parboleda@ecclegal.com
- Jeffrey H. Tromberg ecf@itsjustdebt.com, G1410@notify.cincompass.com
- Lori V Vaughan lvaughan@trenam.com, lkfloyd@trenam.com

Via Mail:
Alan R. Barbee
525 Okeechobee Blvd. #750
West Palm Beach, FL 33401

Robert Faber
990 S Rogers Circle #2
Boca Raton, FL 33487

Howard Taylor
1112 Weston Rd #278
Weston, FL 33326