

**ORDERED in the Southern District of Florida on August 25, 2013.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case No.  12-14640-JKO
                                                    Chapter 7
AMERICAN SCIENTIFIC RESOURCES,
INCORPORATED

         Debtor(s).
_____/

### ORDER GRANTING EMERGENCY MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY BETWEEN TRUSTEE MARC P. BARMAT AND BROOKLANDS INCORPORATED [DE #127]

THIS CAUSE came before the Court on August 20, 2013, upon Marc P. Barmat's, Trustee ("Trustee") *Emergency Motion to Approve Stipulation to Compromise Controversy Between Trustee Marc P. Barmat ("Trustee") and Brooklands Incorporated ("Brooklands")* (the "Motion") [DE #127]. The Court having reviewed the record, and having otherwise been fully advised in the premises, does hereby

ORDER AND ADJUDGE as follows:

1.     The Motion is GRANTED. The Stipulation to Compromise Controversy Between Trustee Marc P. Barmat and Brooklands Incorporated is approved.

2.     Brooklands shall pay to the Trustee the total sum of $375,000.00 as follows: 1) $300,000.00 no later than 10 business days after closing of the sale of its assets; 2) $25,000.00 on or before November 30, 2013; 3) $25,000.00 on or before February 28, 2014; and 4) $25,000.00 on or before May 31, 2014.  The payment of these amounts in full will constitute a full and complete satisfaction of Brookland's payment obligations to the estate under the terms of the Stipulation to Compromise Controversy.  Until the closing, Brooklands shall continue to make payments and provide reporting as required by the Stipulation to Compromise Controversy.  If there is no closing, then this Agreement is null and void. If the closing is for more than $4,000,000.00 then the Stipulation to Compromise Controversy shall control the amounts that the Trustee shall receive.  Brooklands shall provide to the Trustee a fully executed settlement statement within 5 business days of the closing.  The payments shall be made payable to *Marc P. Barmat, Trustee* and delivered to Furr & Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431.

3.     The 14-day stay pursuant to Bankruptcy Rule 6004(h) is hereby waived.

4.     The Court shall retain jurisdiction to enforce the terms of the Stipulation to Compromise Controversy Between Marc P. Barmat and Brooklands Incorporated.

###

Submitted by:

Alan R. Crane, Esq.
Furr and Cohen, P.A.
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, Florida  33431
Telephone: 561-395-0500; Fax: 561-338-7532
E-mail: acrane@furrcohen.com

Attorney, Alan R. Crane, is directed to serve a conformed copy of this Order and file a certificate of service with the Court.