**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 12-14640-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | AMERICAN SCIENTIFIC RESOURCES, INCO | Date Filed (f) or Converted (c): | 02/27/2012 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 08/28/2012 |
| | | Claims Bar Date: | 11/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank Accounts | $0.00 | $0.00 | | $0.00 | FA |
| 2 | FPL Deposit | $250.00 | $0.00 | | $0.00 | FA |
| 3 | Investments Limited Lease Deposit | $6,360.00 | $0.00 | | $0.00 | FA |
| 4 | Worker's Compensation Insurance Refund | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | Trademarks and Brand Names | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Office Equipment, furnishings, supplies | $1,000.00 | $100.00 | | $100.00 | FA |
| 7 | Machinery, Fixtures, etc. | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Inventory | $146,750.00 | $900.00 | | $900.00 | FA |
| **Asset Notes:** | Sold with Asset #6 | | | | | |
| 9 | Royalties - Brooklands, Inc  (u) | $150,000.00 | $559,214.95 | | $495,000.00 | $64,214.95 |
| **Asset Notes:** | Court Order entered 05/20/13 ECF#123; Court Order entered 08/26/13 ECF#130 amending balance of settlement. | | | | | |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**
  $307,460.00         $560,214.95          $496,000.00          $64,214.95

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 12-14640-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | AMERICAN SCIENTIFIC RESOURCES, INCO | Date Filed (f) or Converted (c): | 02/27/2012 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 08/28/2012 |
| | | Claims Bar Date: | 11/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/28/2013   Current Status:  A court approved settlement was entered into between the Trustee and Brooklands Incorporated wherein Brooklands was required to pay the Trustee an initial payment of $130,000.00 followed by monthly payments, determined by a formula, due quarterly through 2017 (DE 123).  Thereafter, the court approved a modified settlement between the Trustee and Brooklands (DE 130) which required Brooklands to pay the Trustee $300,000 in a lump sum, followed by 3 quarterly payments in the amount of $25,000, with the last payment due on or before May 31, 2014.  All payments, with the exception of the $25,000 payment due on May 31, 2014, have been received.  Once the last payment is received, the claims will have to be reviewed and objected to, if appropriate.

The Trustee hired David Carter, PA and Eugene Kennedy as special counsel to investigate various securities issues. Special counsel determined that there was no actionable damages to the debtor for which recovery could be sought by the Trustee.

CBD:  11/01/2012 - Claims have not been reviewed at this time.

Tax Returns:  The estate is current.

Professionals:  Rachlin LLP - Accountants for the Trustee
Furr and Cohen, PA - Counsel to the Trustee

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 12/31/2015 | /s/ MARC P. BARMAT |
|---|---|---|---|---|
| | | | | MARC P. BARMAT |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 12-14640-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | AMERICAN SCIENTIFIC RESOURCES, INCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0954 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 04/01/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/26/2013 | (9) | Brooklands Inc | | 1223-000 | $14,214.95 | | $14,214.95 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.69 | $14,211.26 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.19 | $14,189.07 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $24.37 | $14,164.70 |
| 06/06/2013 | (9) | Brooklands Inc | Pursuant to Court Order entered 05/20/13 ECF#123 | 1223-000 | $130,000.00 | | $144,164.70 |
| 06/11/2013 | 101 | Alan R. Barbee | Interim Fees and Costs per Court Order entered 01/25/13 ECF#107 | * | | $51,659.04 | $92,505.66 |
| | | | ($51,440.40) | 3410-000 | | | $92,505.66 |
| | | | ($218.64) | 3420-000 | | | $92,505.66 |
| 06/11/2013 | 102 | Furr and Cohen, PA | Interim Fees and Costs per Court Order entered 01/23/13 ECF#104 | * | | $36,858.34 | $55,647.32 |
| | | | ($36,454.00) | 3110-000 | | | $55,647.32 |
| | | | ($404.34) | 3120-000 | | | $55,647.32 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $98.19 | $55,549.13 |
| 07/03/2013 | | Brooklands Inc | Report of Sale filed 07/17/13 ECF#126 | * | $1,000.00 | | $56,549.13 |
| | {6} | | $100.00 | 1129-000 | | | $56,549.13 |
| | {8} | | $900.00 | 1129-000 | | | $56,549.13 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $91.04 | $56,458.09 |
| 08/04/2013 | (9) | Brooklands Inc | Pursuant to Court Order entered 05/20/13 | 1223-000 | $40,000.00 | | $96,458.09 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $155.28 | $96,302.81 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $140.36 | $96,162.45 |
| 10/10/2013 | (9) | Brooklands Inc | Pursuant to Court Order entered 08/26/13 ECF#130 | 1223-000 | $50,000.00 | | $146,162.45 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $209.83 | $145,952.62 |
| 11/19/2013 | (9) | Brooklands Inc | Pursuant to Court Order entered 08/26/13 ECF#130 | 1223-000 | $250,000.00 | | $395,952.62 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $391.68 | $395,560.94 |

**SUBTOTALS** $485,214.95  $89,654.01

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 12-14640-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | AMERICAN SCIENTIFIC RESOURCES, INCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0954 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 04/01/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2013 | (9) | Brooklands Inc | Pursuant to Court Order entered 08/26/13 ECF#130 | 1223-000 | $25,000.00 | | $420,560.94 |
| 12/18/2013 | 103 | Furr and Cohen, PA | Interim fees and costs pursuant to Court Order entered 12/17/13 ECF#142 | * | | $61,026.12 | $359,534.82 |
| | | | ($59,180.00) | 3110-000 | | | $359,534.82 |
| | | | ($1,846.12) | 3120-000 | | | $359,534.82 |
| 12/30/2013 | 104 | Alan R. Barbee | Pursuant to Court Order entered 12/19/13 ECF#144 - Interim Fees and Costs | * | | $29,294.32 | $330,240.50 |
| | | | ($28,961.60) | 3410-000 | | | $330,240.50 |
| | | | ($332.72) | 3420-000 | | | $330,240.50 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $624.27 | $329,616.23 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $567.74 | $329,048.49 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $479.59 | $328,568.90 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $496.00 | $328,072.90 |

**SUBTOTALS**   $25,000.00   $92,488.04

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 12-14640-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | AMERICAN SCIENTIFIC RESOURCES, INCO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0954 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 04/01/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $510,214.95 | $182,142.05 | $328,072.90 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $510,214.95 | $182,142.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $510,214.95 | $182,142.05 | |

| For the period of 04/01/2013 to 03/31/2014 | | For the entire history of the account between 03/26/2013 to 3/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $496,000.00 | Total Compensable Receipts: | $510,214.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $496,000.00 | Total Comp/Non Comp Receipts: | $510,214.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $182,138.36 | Total Compensable Disbursements: | $182,142.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $182,138.36 | Total Comp/Non Comp Disbursements: | $182,142.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | |  | | |
|---|---|---|---|---|
| Case No. | 12-14640-JKO | | Trustee Name: | Marc P. Barmat |
| Case Name: | AMERICAN SCIENTIFIC RESOURCES, INCO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0954 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 04/01/2013 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $510,214.95 | $182,142.05 | $328,072.90 |

**For the period of 04/01/2013 to 03/31/2014**

| | |
|---|---|
| Total Compensable Receipts: | $496,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $496,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $182,138.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $182,138.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/26/2013 to 3/31/2014**

| | |
|---|---|
| Total Compensable Receipts: | $510,214.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $510,214.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $182,142.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $182,142.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARC P. BARMAT

MARC P. BARMAT