**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 12-14640-JKO** |
| | § | |
| **American Scientific Resources, Inco** | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Marc P. Barmat, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

299 E. Broward Blvd, Room 112, Ft. Lauderdale, FL 33301

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/02/2018      By:  /s/ Marc P. Barmat
                                           Trustee

Marc P. Barmat
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 12-14640-JKO** |
| | § | |
| **American Scientific Resources, Inco** | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $560,214.95
*and approved disbursements of* $240,223.74
*leaving a balance on hand of[1]:* $319,991.21

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $319,991.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Marc P. Barmat, Trustee Fees | $31,260.75 | $0.00 | $31,260.75 |
| Marc P. Barmat, Trustee Expenses | $836.48 | $0.00 | $836.48 |
| Furr and Cohen, PA, Attorney for Trustee Fees | $164,620.00 | $122,096.00 | $42,524.00 |
| Furr and Cohen, PA, Attorney for Trustee Expenses | $6,093.61 | $5,490.05 | $603.56 |
| Marcum LLP, Accountant for Trustee Fees | $151,560.50 | $80,402.00 | $71,158.50 |
| Marcum LLP, Accountant for Trustee Expenses | $1,515.86 | $551.36 | $964.50 |
| Other: DAVID A CARTER, ESQ., Special Counsel for Trustee Fees | $6,765.00 | $6,765.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $147,347.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Remaining balance: $172,643.42

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $172,643.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,035.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Marc Massoglia | $11,725.00 | $0.00 | $11,725.00 |
| 8p | Tirotta, Chris | $11,725.00 | $0.00 | $11,725.00 |
| 33P | Daniel Levy | $11,725.00 | $0.00 | $11,725.00 |
| 41P | Morrissey, Patrick W | $11,725.00 | $0.00 | $11,725.00 |
| | FL DEPT OF REVENUE State Unemployment (Employer) | $1,266.30 | $0.00 | $1,266.31 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $281.40 | $0.00 | $281.40 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | $680.05 | $0.00 | $680.04 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | $2,907.80 | $0.00 | $2,907.80 |

Total to be paid to priority claims: $52,035.55
Remaining balance: $120,607.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,118,357.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1U | Marc Massoglia | $83,275.00 | $0.00 | $1,641.55 |
| 2 | United Parcel Service (Freight) | $7,249.76 | $0.00 | $142.91 |
| 3 | United Parcel Service | $638.39 | $0.00 | $12.58 |
| 4 | R3 Accounting LLC | $3,700.00 | $0.00 | $72.94 |
| 5 | Brenner & Elsea-Mandojana LLC | $152,246.76 | $0.00 | $3,001.16 |
| 6 | ELAN FINANCIAL SERVICES | $0.00 | $0.00 | $0.00 |
| 7 | Martin E Janis &#038; Company, Inc. | $37,985.81 | $0.00 | $748.79 |
| 8U | Tirotta, Chris | $475,950.81 | $0.00 | $9,382.16 |
| 9 | David Sherer | $35,000.00 | $0.00 | $689.94 |
| 10 | Tirotta, Robert | $30,466.00 | $0.00 | $600.56 |
| 11 | Mark R. Behr | $30,466.00 | $0.00 | $600.56 |
| 12 | Tirotta, Conni | $267,921.23 | $0.00 | $5,281.39 |
| 13 | Harold Wrobel | $490,000.00 | $0.00 | $9,659.10 |
| 14 | John Madril | $0.00 | $0.00 | $0.00 |
| 15 | John Madril | $178,621.91 | $0.00 | $3,521.08 |
| 16 | Parvine Sadeghi | $86,622.49 | $0.00 | $1,707.54 |
| 17 | Technimed | $0.00 | $0.00 | $0.00 |
| 18 | Technimed | $276,299.80 | $0.00 | $5,446.55 |
| 19 | Sichen a Ross Friedman LLP | $5,462.50 | $0.00 | $107.68 |
| 20 | Leonard C Ludwig | $79,562.00 | $0.00 | $1,568.36 |
| 21 | Felix Reznik | $89,702.62 | $0.00 | $1,768.26 |
| 22 | Boris &#038; Svetlana Reznick | $0.00 | $0.00 | $0.00 |
| 23 | Boris & Svetlana Reznick | $40,277.40 | $0.00 | $793.97 |
| 24 | Andrew Goldin | $89,702.62 | $0.00 | $1,768.26 |
| 25 | Omrani & Taub | $89,702.62 | $0.00 | $1,768.26 |
| 26 | Goldin, Alex & Mira | $358,810.48 | $0.00 | $7,073.04 |
| 27 | Gols Associated | $0.00 | $0.00 | $0.00 |
| 28 | Yeskoo Hogan &#038; Tamlyn, LLP | $110,253.47 | $0.00 | $2,173.37 |
| 29 | Justin Di Rezze | $50,776.67 | $0.00 | $1,000.93 |
| 30 | US Bank NA dba US Bank Equipment Finance | $6,093.71 | $0.00 | $120.12 |
| 31U | Robert T. Faber | $0.00 | $0.00 | $0.00 |
| 32U | Jason M Roth | $0.00 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 33U | Daniel Levy | $6,275.00 | $0.00 | $123.70 |
| 34 | Mammoth West Corporation d/b/a Mammoth Corporation | $27,101.00 | $0.00 | $534.23 |
| 35 | Concorde Capital Limited | $442,559.18 | $0.00 | $8,723.93 |
| 36 | Andrew Goldin | $0.00 | $0.00 | $0.00 |
| 37 | Charles T. Lanktree | $774,000.00 | $0.00 | $15,257.44 |
| 38 | Leonard C. Ludwig | $0.00 | $0.00 | $0.00 |
| 39 | Peter F Lordi Jr. | $199,000.00 | $0.00 | $3,922.78 |
| 40 | Nicholas Quear | $43,000.00 | $0.00 | $847.64 |
| 41U | Morrissey, Patrick W | $13,228.14 | $0.00 | $260.75 |
| 42 | Donald Weidenfeld | $5,800.00 | $0.00 | $114.33 |
| 43 | Nixon Peabody LLP | $4,869.00 | $0.00 | $95.98 |
| 44A | Walgreen Co | $0.00 | $0.00 | $0.00 |
| 45 | Langtree Consulting Corp | $762,090.63 | $0.00 | $15,022.68 |
| 46 | Southridge Partners II, LP | $25,646.58 | $0.00 | $505.56 |
| 47 | Daniel J. Schreiber | $59,780.00 | $0.00 | $1,178.41 |
| 48 | Granite Financial Group LLC | $355,117.23 | $0.00 | $7,000.23 |
| 49 | Michael George Pension Plan | $25,000.00 | $0.00 | $492.81 |
| 50 | Schaffner Family Foundation | $50,000.00 | $0.00 | $985.62 |
| 51 | Hal B. Howard | $50,000.00 | $0.00 | $985.62 |
| 52 | Taconic | $17,768.00 | $0.00 | $350.25 |
| 53 | Longside Ventures | $4,762.00 | $0.00 | $93.87 |
| 54 | Magna Group, LLC | $0.00 | $0.00 | $0.00 |
| 55 | Lucosky Brookman LLP | $92,302.00 | $0.00 | $1,819.50 |
| 56 | Materna, Dr. Thomas | $41,635.48 | $0.00 | $820.74 |
| 57 | Bennett, Don | $41,635.48 | $0.00 | $820.74 |

Total to be paid to timely general unsecured claims:    $120,607.87
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $50,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| | | | Date | |
|---|---|---|---|---|
| 59 | Marital Trust u/w James T. Pyle | $50,000.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ Marc P. Barmat
Trustee

Marc P. Barmat
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)